# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ADAM VELA JR and MARCILENA C. VELA, husband and wife, and J.V. and M.V., minor children<br><br>Plaintiff,<br><br>Vs<br><br>CITY OF WAPATO an Incorporated Municipality, and ERIC HORBOTKO, and RANDY SPERLE, and ROBERT HUBBARD, and Other unknown and unidentified Offices and Agents<br><br>Defendants. | Civil Action, File Number CV-10-03030-LRS<br><br>VOLUNTARY ORDER OF DISMISSAL WITHOUT PREJUDICE |

## Order of Dismissal

The court received Plaintiffs motion for order of dismissal. Having reviewed the motion and the court file, it is hereby ***Ordered*** that this Civil case is dismissed.

Dated: this 19th day of May, 2011.

*s/Lonny R. Suko*
_____
**JUDGE LONNY R. SUKO**

Presented by:                                    Approved as to form:

/S/ Douglas K. Garrison                          /S/ David Force
_____                          _____
Douglas K. Garrison, WSBA # 30857                David Force, WSBA #29997
Attorney for Plaintiffs                          Attorney for Defendants

**ORDER OF DISMISSAL WITHOUT PREJUDICE**

Garrison Law Offices, P.S.
516 South Seventh St.
Post Office Box 269
Sunnyside, WA 98944
Telephone (509) 837-2433
FAX (509) 837-8326